United States District Court
Southern District of Texas

**ENTERED**

June 30, 2026

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Harold K. Gause, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-25-6347 |
| | § | |
| U.S. Department of Veteran Affairs, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER OF ADOPTION

The Court has carefully considered the Magistrate Judge's Memorandum and Recommendation (docket no. 27) dated June 17, 2026, and Plaintiff, Harold K. Gause's objections (docket no. 28) and concludes that the Memorandum and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Defendants, U.S. Department of Veteran Affairs and Doug Collins, in his official capacity as Secretary of the VA's Motion to Dismiss (docket no. 10) is **GRANTED** and this case will be **DISMISSED WITH PREJUDICE**.

**SIGNED** at Houston, Texas, on this the 30th day of June, 2026.

_____

SIM LAKE

SENIOR UNITED STATES DISTRICT JUDGE