United States District Court
Southern District of Texas
**ENTERED**
June 30, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Harold K. Gause, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-25-6347 |
| | § | |
| U.S. Department of Veteran Affairs, et al., | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with this Court's Orders of Adoption entered this day adopting the Magistrate Judge's Memorandum and Recommendation, it is hereby **ORDERED** and **ADJUDGED** that Plaintiff, Harold K. Gause's claims against Defendants, U.S. Department of Veteran Affairs and Doug Collins, in his official capacity as Secretary of the VA, are **DISMISSED WITH PREJUDICE.**

Plaintiff shall **TAKE NOTHING** on the claims asserted in this case.

Costs shall be taxed against Plaintiff.

**THIS IS A FINAL JUDGMENT.**

**SIGNED** at Houston, Texas, on this the 30th day of June, 2026.

_____

SIM LAKE

SENIOR UNITED STATES DISTRICT JUDGE